RONALD BERNARD BRITT-BEY,      )
                                         )

         Plaintiff,              )

                                       )

        v.                  )          No. 4:16-CV-1899 SNLJ

                                       )

FRANCES R. SLAY, et al.,         )

                                       )

        Defendants,      )

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, seeks leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983.  Having reviewed plaintiff's financial information, the Court assesses a partial initial filing fee of $1.00.  *See* 28 U.S.C. § 1915(b); *Henderson v. Norris*, 129 F.3d 481(8th Cir. 1997).

## Standard of Review

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. An action is frivolous if "it lacks an arguable basis in either law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 328 (1989).  An action is factually frivolous if the facts alleged are "clearly baseless"; alleged facts are clearly baseless if they are "fanciful," "delusional," or "fantastic." *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992).

## The Complaint

The complaint is a litany of irrational conspiracy theories involving government officials and other entities.  For example, plaintiff says St. Louis Mayor Francis Slay subjects inmates at the St. Louis Medium Security Institution to tuberculosis tests for purposes of "medical

experimentation," for which he receives personal compensation. His allegations include references involving both Tiger Woods and "Tony the Tiger," the cartoon mascot for Kellog's Frosted Flakes. And he says that a prominent American bank supports the genocide of Muslim babies by stabbing them with spears.

**Discussion**

The allegations in the complaint are delusional. Therefore, this action is dismissed as frivolous.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 5] is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff must pay an initial filing fee of $1.00 within twenty-one (21) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.[1]

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed forthwith.

Dated this 30<u>th</u> day of December, 2016.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Prisoners must pay the full amount of the $350 filing fee. After payment of the initial partial filing fee, the prisoner is required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner will deduct the payments and forward them to the Court each time the amount in the account exceeds $10. 28 U.S.C. § 1915(b)(2).